No. 00–8554.  BROWN *v.* CHICAGO TRANSIT AUTHORITY.  C. A. 7th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [532 U. S. 969] denied.

No. 00–9285.  MICKENS *v.* TAYLOR, WARDEN.  C. A. 4th Cir. [Certiorari granted, 532 U. S. 970.]  Motion for appointment of counsel granted, and it is ordered that Robert J. Wagner, Esq., of Richmond, Va., be appointed to serve as counsel for petitioner in this case.

No. 00–9545.  SWOYER *v.* KERCHER ET AL.  C. A. 3d Cir.;
No. 00–9551.  SWOYER *v.* MERCHANTS BANK.  Sup. Ct. Pa.;
No. 00–9554.  SWOYER *v.* REED.  Sup. Ct. Pa.; and
No. 00–9713.  RADIC *v.* FLAXMAN ET AL.  App. Ct. Ill., 1st Dist.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until July 16, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–10273.  IN RE JOHNSON.  Petition for writ of habeas corpus denied.

No. 00–9586.  IN RE AWOFOLU; and
No. 00–10093.  IN RE DUDLEY.  Petitions for writs of mandamus denied.

No. 00–1073.  OWASSO INDEPENDENT SCHOOL DISTRICT NO. I–011, AKA OWASSO PUBLIC SCHOOLS, ET AL. *v.* FALVO, PARENT AND NEXT FRIEND OF HER MINOR CHILDREN, PLETAN ET AL.  C. A. 10th Cir.  Certiorari granted.

No. 00–1614.  NATIONAL RAILROAD PASSENGER CORPORATION *v.* MORGAN.  C. A. 9th Cir.  Certiorari granted.